1

2

3

4

5

6

7

8

9

10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERISSA NEIWZAL.                          ) | Case No.: SACV14-3651 SS |
|                          Plaintiff,       ) | **ORDER DISMISSING ACTION** |
|         vs.                               ) | **WITH PREJUDICE** |
|                                           ) | |
| CITY OF SIMI VALLEY, a municipal          ) | |
| corporation, CHRISTOPHER                  ) | |
| HAHESY, an individual, MICHAEL            ) | |
| HELLER, an individual, AUSTEN             ) | |
| SCHLECHT, an individual, and KEVIN        ) | |
| VANFLEET, an individual,                  ) | |
|                                           ) | |
|                          Defendants.      ) | |
| _____   ) | |

IT IS HEREBY ORDERED that, following stipulation of counsel, the above-entitled matter is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

IT IS SO ORDERED.

DATED: 6/28/16                    _____
                                                /S/
                                 Honorable Suzanne Segal
                                 U.S. District Court Magistrate Judge

- 1 -